IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY J. JAMES, }<br>　　TDCJ-CID NO.848684, }<br>　　Plaintiff, }<br> }<br>v. }<br> }<br>STACIE MARTIN, *et al.*, }<br>　　Defendants. } | CIVIL ACTION NO. H-07-1828 |

## FINAL JUDGMENT

For the reasons stated in this Court=s Opinion on Dismissal, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 23rd day of August, 2007.

Melinda Harmon
United States District Judge